IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SCOTT ENVIRONMENTAL SERVICES, INC., SCOTT ENERGY TECHNOLOGIES LLC, | § § § § | Case No. 2:16-cv-01279-JRG-RSP |
| v. | § § | |
| WASTE FACILITIES, INC. | § | |

### ORDER

Before the Court is the Recommendation filed by Magistrate Judge Payne, which recommends that Waste Facilities' motion to dismiss be denied. Dkt. No. 78. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly, it is **ORDERED**:

(1) The Magistrate Judge's recommendation, Dkt. No. 78, is adopted.

(2) Waste Facilities' motion to dismiss, Dkt. No. 44, is denied.

**So Ordered this**
Dec 4, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1